**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1073**

RAJ K. PATEL,

　　　　　Plaintiff - Appellant,

　　　v.

KAMALA D. HARRIS, The President of the Senate; LINDA THOMAS-GREENFIELD, UN Ambassador; NIKKI HALEY, former UN Ambassador and former Governor of the State of South Carolina, and former Representative in the State of South Carolina House of Representatives,

　　　　　Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  David C. Norton, District Judge.  (2:23-cv-05324-DCN)

Submitted:  April 18, 2024　　　　　　　　　　Decided:  April 22, 2024

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Raj K. Patel, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raj K. Patel appeals the district court's orders accepting the recommendation of the magistrate judge and dismissing under 28 U.S.C. § 1915(e)(2)(B) Patel's complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and denying reconsideration.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's orders.  *Patel v. Harris*, No. 2:23-cv-05324-DCN (D.S.C. Dec. 5, 2023 & Feb. 29, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
